James K. Schultz, Esq. (SBN 309945)
Brittany L. Shaw, Esq. (SBN 331773)
Kenneth A. Ohashi, Esq. (SBN 230440)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:    877/334-0661
jschultz@sessions.legal
bshaw@sessions.legal
kohashi@sessions.legal
Attorney for Convergent Outsourcing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA BARRIENTOS,<br><br>            Plaintiff,<br>     vs.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>            Defendant. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant, Convergent Outsourcing, Inc. ("COI") hereby removes to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

2. On or about January 12, 2022 the action was commenced in the Superior Court of the State of California for the County of Los Angeles, entitled, *Sonia Barrientos v. Convergent Outsourcing, Inc.,* Case No. 22STLC00217 (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as Exhibit A.

3. COI was served with a copy of the Complaint on January 14, 2022. Thus, pursuant to 28 U.S.C. § 1446(b), COI has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 2/14/22         S<span>ESSIONS</span>, I<span>SRAEL</span> & SHARTLE, L.L.P.

*/s/Brittany L. Shaw*
Brittany L. Shaw
Attorney for Defendant
Convergent Outsourcing, Inc.