JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SONIA BARRIENTOS,
Plaintiff,
-vs-
CONVERGENT OUTSOURCING, INC.,
Defendant.

Case No.

2:22-cv-01001-DSF-GJS

**ORDER DISMISSING WITH PREJUDICE**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated  September 23, 2022

_____
United States District Judge